PER CURIAM.
AFFIRMED.
Tsiknakis v. Volvo Finance North America Inc., et. al., 566 So.2d 320 (Fla.3d DCA 1990); Abdala v. World Omni Leasing Inc., et. al, 566 So.2d 320 (Fla.3d DCA 1990); Raynor v. De La Nuez, 558 So.2d 141 (Fla.3d DCA 1990); Folmar v. Young, 560 So.2d 798 (Fla.4th DCA 1990); Kraemer v. GMAC, 556 So.2d 431 (Fla.2d DCA 1989); and Perry v. GMAC, 549 So.2d 680 (Fla.2d DCA 1989), review denied, 558 So.2d 18 (Fla.1990).
WIGGINTON, MINER and ALLEN, JJ., concur.